January 30, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

CHRISTINE KOLIUS, Appellant

NO. 14-12-00367-CV                              V.

CENTER POINT ENERGY HOUSTON ELECTRIC LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Center Point Energy Houston Electric LLC, signed January 12, 2012, and made final by a severance order signed March 15, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Christine Kolius to pay all costs incurred in this appeal. We further order this decision certified below for observance.